FILED
JUN 3 0 2008
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY G. PRYER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 08 1148 |
| ) | |
| DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Respondent. ) | |

ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED. It is

FURTHER ORDERED that this case is DISMISSED as frivolous pursuant to 28 U.S.C.

§ 1915A(b)(1). This is a final appealable order. *See* Fed. R. App. P. 4(a).

Date: 6/25/2008

United States District Judge