UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 1 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TIMOTHY G. PRYER,               )
                                )
    Plaintiff,                  )
                                )
    v.                          )     Civil Action No. 08 1148
                                )
DEPARTMENT OF JUSTICE,          )
                                )
    Defendant.                  )
_____)

## ORDER

The plaintiff, a state prisoner, seeks reconsideration of the dismissal as frivolous of his *pro se* complaint for mandamus under 28 U.S.C. § 1361. He also has filed a "motion to show cause," with exhibits comprised of his narrative in various forms and a court order. The motion for reconsideration will be denied, and the motion to show cause will be denied as moot.

Plaintiff persists in asserting that the Inspector General of the Department of Justice has a duty to "extract" him from state prison, where he is currently serving a term of imprisonment for a conviction by a state court, because plaintiff was previously an informant for the Federal Bureau of Investigation. Because mandamus is an extraordinary remedy and plaintiff has not shown that the Inspector General for the federal Department of Justice has a "clear and compelling duty" to save plaintiff from serving his sentence for a state conviction, the Court "must dismiss the action." *In re Cheney*, 406 F.3d 729 (D.C. Cir. 2005). Plaintiff's "claim[] of infringement of a legal interest which clearly does not exist" constitutes a frivolous complaint under 28 U.S.C. § 1915. Plaintiff has not offered any new facts to alter the Court's legal analysis. Accordingly, it is hereby

7

ORDERED that plaintiff's motion for reconsideration is DENIED. It is

FURTHER ORDERED that plaintiff's motion to show cause is DENIED as moot.

Date: 8/14/08

/s/ Ricardo M. Urbina
United States District Judge